AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ Massachusetts

SUSAN KATZ

V.

PRAECIS PHARMACEUTICALS INC.,
MALCOLM GEFTER,
KEVIN McLAUGHLIN,
EDWARD ENGLISH and
WILLIAM K. HEIDEN

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**04  12581 GAO**

TO: (Name and address of Defendant)

Edward English
c/o Praecis Pharmaceuticals Inc.
830 Winter Street
Waltham, MA 02451

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Theodore M. Hess-Mahan
Shapiro Haber & Urmy LLP
53 State Street
Boston, MA 02109

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.



CLERK

(By) DEPUTY CLERK

DATE  12-9-04

%AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | DECEMBER 10, 2004 at 2:15 p.m. |
| NAME OF SERVER (PRINT) DAVID G. BEDUGNIS, SR. | TITLE CONSTABLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): BY GIVING SAID COPIES IN HAND TO MARY BETH DELENA, VICE PRESIDENT/LEGAL, IT'S AGENT AND PERSON IN CHARGE OF THE BUSINESS AT THE TIME OF SERVICE. SAID SERVICE WAS MADE AT PRAECIS PHARMACEUTICALS, INC., 830 WINTER STREET, WALTHAM, MASSACHUSETTS. SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY.

## STATEMENT OF SERVICE FEES

| TRAVEL $20.00 | SERVICES $25.00 | TOTAL $45.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on DEC 10 2004 at 2:15 P.M.

Signature of Server DAVID G. BEDUGNIS, SR., CONSTABLE
%ROSCOE, BEDUGNIS & ASSOCIATES
15 COURT SQUARE, SUITE 450
BOSTON, MASSACHUSETTS 02108
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ Massachusetts _____

SUSAN KATZ

v.

PRAECIS PHARMACEUTICALS INC.,
MALCOLM GEFTER,
KEVIN McLAUGHLIN,
EDWARD ENGLISH and
WILLIAM K. HEIDEN

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:



04 12581 GAO

TO: (Name and address of Defendant)

Kevin McLaughlin
c/o Praecis Pharmaceuticals Inc.
830 Winter Street
Waltham, MA 02451

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Theodore M. Hess-Mahan
Shapiro Haber & Urmy LLP
53 State Street
Boston, MA 02109

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

DATE  12-9-04


%AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE | DECEMBER 10, 2004 at 2:15 p.m. |
| NAME OF SERVER *(PRINT)*<br>DAVID G. BEDUGNIS, SR. | TITLE | CONSTABLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): BY GIVING SAID COPIES IN HAND TO MARY BETH DELENA, VICE PRESIDENT/LEGAL, IT'S AGENT AND PERSON IN CHARGE OF THE BUSINESS AT THE TIME OF SERVICE. SAID SERVICE WAS MADE AT PRAECIS PHARMACEUTICALS, INC., 830 WINTER STREET, WALTHAM, MASSACHUSETTS. SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL $20.00 | SERVICES $25.00 | TOTAL $45.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on **DEC 10 2004**
AT 2:15 p.m.    *Date*

*Signature of Server*    DAVID G. BEDUGNIS, SR., CONSTABLE
%ROSCOE, BEDUGNIS & ASSOCIATES
15 COURT SQUARE, SUITE 450
BOSTON, MASSACHUSETTS 02108
*Address of Server*

12/10/2004
2:15pm

X MaryBeth DeLena
Vice President, Legal

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# UNITED STATES DISTRICT COURT

District of _____ Massachusetts

SUSAN KATZ
V.

PRAECIS PHARMACEUTICALS INC.,
MALCOLM GEFTER,
KEVIN McLAUGHLIN,
EDWARD ENGLISH and
WILLIAM K. HEIDEN

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**04 12581 GAO**

TO: (Name and address of Defendant)

Malcolm Gefter
c/o Praecis Pharmaceuticals Inc.
830 Winter Street
Waltham, MA 02451

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Theodore M. Hess-Mahan
Shapiro Haber & Urmy LLP
53 State Street
Boston, MA 02109

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.



CLERK

(By) DEPUTY CLERK

DATE  12-9-04

%AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE<br>DECEMBER 10, 2004 at 2:15 P.M. |
| NAME OF SERVER (PRINT)<br>DAVID G. BEDUGNIS, SR. | TITLE<br>CONSTABLE |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): BY GIVING SAID COPIES IN HAND TO MARY BETH DELENA, VICE PRESIDENT/LEGAL, IT'S AGENT AND PERSON IN CHARGE OF THE BUSINESS AT THE TIME OF SERVICE. SAID SERVICE WAS MADE AT PRAECIS PHARMACEUTICALS, INC., 830 WINTER STREET, WALTHAM, MASSACHUSETTS. SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL $20.00 | SERVICES $25.00 | TOTAL $45.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on **DEC 10 2004** at 2:15 p.m.
Date

Signature of Server DAVID G. BEDUGNIS, SR., CONSTABLE
ROSCOE, BEDUGNIS & ASSOCIATES
15 COURT SQUARE, SUITE 450
BOSTON, MASSACHUSETTS  02108
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

%AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ Massachusetts _____

SUSAN KATZ

V.

PRAECIS PHARMACEUTICALS INC.,
MALCOLM GEFTER,
KEVIN McLAUGHLIN,
EDWARD ENGLISH and
WILLIAM K. HEIDEN

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**04  12581 GAO**

TO: (Name and address of Defendant)

Praecis Pharmaceuticals Inc.
830 Winter Street
Waltham, MA 02451

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Theodore M. Hess-Mahan
Shapiro Haber & Urmy LLP
53 State Street
Boston, MA 02109

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.



CLERK

(By) DEPUTY CLERK

DATE    12-9-04

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE DECEMBER 10, 2004 at 2:15 p.m. |
| NAME OF SERVER (PRINT) DAVID G. BEDUGNIS, SR. | TITLE CONSTABLE |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): BY GIVING SAID COPIES IN HAND TO MARY BETH DELENA, VICE PRESIDENT/ LEGAL, IT'S AGENT AND PERSON IN CHARGE OF THE BUSINESS AT THE TIME OF SERVICE. SAID SERVICE WAS MADE AT PRAECIS PHARMACEUTICALS, INC., 830 WINTER STREET, WALTHAM, MASSACHUSETTS. SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL $20.00 | SERVICES $25.00 | TOTAL $45.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on **DEC 10 2004**
at 2:15 P.M.

Signature of Server DAVID G. BEDUGNIS, SR., CONSTABLE
%ROSCOE, BEDUGNIS & ASSOCIATES
15 COURT SQUARE, SUITE 450
BOSTON, MASSACHUSETTS  02108
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# UNITED STATES DISTRICT COURT

District of _____ Massachusetts

SUSAN KATZ
V.

PRAECIS PHARMACEUTICALS INC.,
MALCOLM GEFTER,
KEVIN McLAUGHLIN,
EDWARD ENGLISH and
WILLIAM K. HEIDEN

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

TO: (Name and address of Defendant)
William K. Heiden
c/o Praecis Pharmaceuticals Inc.
830 Winter Street
Waltham, MA 02451

## 04  12581 GAO

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Theodore M. Hess-Mahan
Shapiro Haber & Urmy LLP
53 State Street
Boston, MA 02109

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

(By) DEPUTY CLERK

DATE  12-9-04

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DECEMBER 10, 2004 at 2:15 p.m. |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| DAVID G. BEDUGNISR, SR. | CONSTABLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): BY GIVING SAID COPIES IN HAND TO MARY BETH DELENA, VICE PRESIDENT/LEGAL, IT'S AGENT AND PERSON IN CHARGE OF THE BUSINESS AT THE TIME OF SERVICE. SAID SERVICE WAS MADE AT PRAECIS PHARMACEUTICALS, INC., 830 WINTER STREET, WALTHAM, MASSACHUSETTS. SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| $20.00 | $25.00 | $45.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on **DEC 10 2004** at 2:15 p.m.
*Date*

*Signature of Server* DAVID G. BEDUGNIS, SR., CONSTABLE
ROSCOE, BEDUGNIS & ASSOCIATES
15 COURT SQUARE, SUITE 450
BOSTON, MASSACHUSETTS  02108
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.