UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
SUSAN KATZ,                                    :
                Plaintiff,                     :   Civil Action
                                               :   No. 04-12581-GAO
        v.                                     :
                                               :
PRAECIS PHARMACEUTICALS, INC.,                 :
MALCOLM GEFTER, KEVIN MCLAUGHLIN,              :
EDWARD ENGLISH and WILLIAM K.                  
HEIDEN,                                        :
                                               :
                Defendants.                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

**NOTICE OF APPEARANCE**

Please enter our appearance as counsel of record for defendants PRAECIS PHARMACEUTICALS INCORPORATED, Malcolm Gefter, Kevin McLaughlin, Edward English and William K. Heiden in the above-captioned action.

Dated: December 30, 2004             Respectfully submitted,
       Boston, Massachusetts
                                      /s/ James R. Carroll
                                     James R. Carroll (BBO #554426)
                                     Matthew J. Matule (BBO #632075)
                                     Michael S. Hines (BBO #653943)
                                     SKADDEN, ARPS, SLATE,
                                      MEAGHER & FLOM LLP
                                     One Beacon Street
                                     Boston, Massachusetts 02108
                                     (617) 573-4800

                                     Counsel for Defendants