UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
SUSAN KATZ,                                      :
                Plaintiff,                       :   Civil Action
                                                 :   No. 04-12581-GAO
        v.                                       :
                                                 :
PRAECIS PHARMACEUTICALS, INC.,                   :
MALCOLM GEFTER, KEVIN MCLAUGHLIN,                :
EDWARD ENGLISH and WILLIAM K.                    :
HEIDEN,                                          :
                                                 :
                Defendants.                      :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

**CORPORATE DISCLOSURE STATEMENT**
**OF PRAECIS PHARMACEUTICALS INCORPORATED**

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 7.3, PRAECIS PHARMACEUTICALS INCORPORATED hereby submits the following corporate disclosure statement:

> PRAECIS PHARMACEUTICALS INCORPORATED, a Delaware corporation, has no parent corporation and no publicly held company owns more than 10% of its stock.

Dated: December 30, 2004
     Boston, Massachusetts

Respectfully submitted,

/s/ James R. Carroll
James R. Carroll (BBO #554426)
Matthew J. Matule (BBO #632075)
Michael S. Hines (BBO #653943)
SKADDEN, ARPS, SLATE,
 MEAGHER & FLOM LLP
One Beacon Street
Boston, Massachusetts 02108
(617) 573-4800

Counsel for Defendants