UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
SUSAN KATZ,                                    :
                    Plaintiff,                 :   Civil Action
                                               :   No. 04-12581-GAO
        v.                                     :
                                               :
PRAECIS PHARMACEUTICALS, INC.,                 :
MALCOLM GEFTER, KEVIN MCLAUGHLIN,              :
EDWARD ENGLISH and WILLIAM K. HEIDEN,          :
                                               :
                    Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

**JOINT STIPULATION AND ORDER**
**EXTENDING TIME TO RESPOND TO COMPLAINT**

Plaintiff and defendants, by their respective counsel, hereby stipulate and agree to extend the time within which the defendants must answer, move, or otherwise respond to the complaint in this action until 60 days after the later of: (a) the Court's selection of a lead plaintiff pursuant to § 21D(a)(3) of the Securities Exchange Act of 1934 (15 U.S.C. §§ 78a, et seq.), as amended by the Private Securities Litigation Reform Act of 1995 (Public Law No. 104-67), or (b) the date on which a consolidated amended complaint, if any, is served upon the defendants, either pursuant to a Court order issued in connection with the selection of a lead plaintiff or otherwise, or by agreement of the plaintiffs in this action and the plaintiffs in any other action which is filed in this Court and which asserts claims similar to those alleged in the above-captioned action.

The parties jointly respectfully request that the Court approve the foregoing stipulation.

Dated: December 30, 2004
      Boston, Massachusetts

Respectfully submitted,

/s/  Richard A. Maniskas
Thomas G. Shapiro (BBO #454680)
SHAPIRO HABER & URMY LLP
75 State Street
Boston, Massachusetts 02109
(617) 439-3939

Of Counsel:

Marc A. Topaz
Richard A. Maniskas
Tamara Skvirsky
SCHIFFRIN & BARROWAY, LLP
Three Bala Plaza East, Suite 400
Bala Cynwyd, Pennsylvania 19004
(610) 667-7706

Counsel for
Susan Katz

/s/  James R. Carroll
James R. Carroll (BBO #554426)
Matthew J. Matule (BBO #632075)
Michael S. Hines (BBO #653943)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
One Beacon Street
Boston, Massachusetts 02108
(617) 573-4800

Counsel for
PRAECIS PHARMACEUTICALS
INCORPORATED, Malcolm Gefter,
Kevin McLaughlin, Edward English
and William K. Heiden

SO ORDERED:

Dated: _____    _____
                                                                     George A. O'Toole
                                                                       United States District Judge