UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SUSAN KATZ, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>PRAECIS PHARMACEUTICALS INC., MALCOLM L. GEFTER, KEVIN F. MCLAUGHLIN, EDWARD C. ENGLISH, and WILLIAM K. HEIDEN,<br><br>Defendants. | No. 1:04-cv-12581-GAO |

*[Captions Continue on Following Page]*

**MOTION OF THE PRAECIS PLAINTIFFS GROUP FOR CONSOLIDATION OF RELATED ACTIONS, FOR APPOINTMENT AS LEAD PLAINTIFF AND FOR APPROVAL OF LEAD PLAINTIFF'S SELECTION OF CO-LEAD COUNSEL**

| | |
|---|---|
| MAYER SCHWARTZ, Individually and On Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br>  vs.<br><br>PRAECIS PHARMACEUTICALS INC., MALCOLM L. GEFTER, KEVIN F. MCLAUGHLIN, EDWARD C. ENGLISH, and WILLIAM K. HEIDEN,<br><br>      Defendants. | No. 1:04-cv-12704-REK |
| RICHARD BASSIN, Individually and On Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br>  vs.<br><br>PRAECIS PHARMACEUTICALS INC., MALCOLM L. GEFTER, KEVIN F. MCLAUGHLIN, EDWARD C. ENGLISH, and WILLIAM K. HEIDEN,<br><br>      Defendants. | No. 1:05-cv-10134-GAO |

  Kellie Seringer, the City of Dearborn Heights Police and Fire Retirement System, George Ladikos and Edward G. Bourne (the "Praecis Plaintiffs Group" or "Movants") hereby move this Court, (1) under §§21(D) *et seq*. of the Securities Exchange Act of 1934 as amended by the Private Securities Litigation Reform Act of 1995 ("PSLRA"), for an order (a) appointing the Praecis Plaintiffs Group as Lead Plaintiff; and (b) approving Movants' selection of Glancy Binkow & Goldberg LLP and Murray Frank & Sailer LLP as Co-Lead Counsel for the Class, with Gilman and Pastor, LLP as Liaison Counsel.

This motion is brought pursuant to the Securities Exchange Act of 1934, the Federal Rules of Civil Procedure and the PSLRA.

This motion is based on the attached memorandum of points and authorities, the declaration of John C. Martland, and the Court's complete files and records in these actions, as well as such further argument as the Court may allow at a hearing on this motion.

A copy of this motion has been sent to all parties on the attached proof of service.

                                 Respectfully submitted,

Dated: February 7, 2005                      **GILMAN AND PASTOR, LLP**

                                 /s/ David Pastor
                                 David Pastor (BBO #391000)
                                 John C. Martland (BBO #322980)
                                 Stonehill Corporate Center
                                 999 Broadway, Suite 500
                                 Saugus, Massachusetts 01906
                                 Telephone:   (781) 231-7850
                                 Facsimile:   (781) 231-7840

                                 *Proposed Liaison Counsel*

                                 **GLANCY, BINKOW & GOLDBERG LLP**
                                 Lionel Z. Glancy
                                 Michael Goldberg
                                 Peter A. Binkow
                                 1801 Avenue of the Stars, Suite 311
                                 Los Angeles, CA 90067
                                 Phone:      (310) 201-9150
                                 Fax:        (310) 201-9160

                                 **MURRAY, FRANK & SAILER LLP**
                                 Eric J. Belfi
                                 275 Madison Avenue, Suite 801
                                 New York, New York 10016
                                 Telephone:   (212) 682-1818
                                 Facsimile:   (212) 682-1892
                                 *Proposed Co-Lead Counsel*

**MILLER SHEA, P.C.**
Powell Miller
1301 West Long Lake Road, Suite 135
Troy, Michigan 48098
Telephone:   (248) 267-8200
Facsimile:    (248) 267-8211

*Proposed Member of*
*Plaintiffs' Executive Committee*

**VANOVERBEKE MICHAUD**
    **&  TIMMONY, P.C.**
Michael VanOverbeke
79 Alfred Street
Detroit, Michigan 48201
Telephone:   (313) 578-1200
Facsimile:    (313) 578-1201

*Counsel for Plaintiffs*