UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SUSAN KATZ, Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>vs.<br><br>PRAECIS PHARMACEUTICALS INC., MALCOLM L. GEFTER, KEVIN F. MCLAUGHLIN, EDWARD C. ENGLISH, and WILLIAM K. HEIDEN,<br><br>    Defendants. | No. 1:04-cv-12581-GAO |
| MAYER SCHWARTZ, Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>vs.<br><br>PRAECIS PHARMACEUTICALS INC., MALCOLM L. GEFTER, KEVIN F. MCLAUGHLIN, EDWARD C. ENGLISH, and WILLIAM K. HEIDEN,<br><br>    Defendants. | No. 1:04-cv-12704-REK |
| RICHARD BASSIN, Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>vs.<br><br>PRAECIS PHARMACEUTICALS INC., MALCOLM L. GEFTER, KEVIN F. MCLAUGHLIN, EDWARD C. ENGLISH, and WILLIAM K. HEIDEN,<br><br>    Defendants. | No. 1:05-cv-10134-GAO |

00004415.WPD ; 1

## ASSENTED TO MOTION TO ADMIT COUNSEL PRO HAC VICE

Pursuant to Local Rule 83.5.3, the undersigned counsel, David Pastor, hereby moves the Court to enter an Order granting leave to Jacqueline Sailer of the law firm of Murray, Frank & Sailer, LLP to appear on behalf of the plaintiff and practice before this Court in the above-entitled civil action.

As grounds for this motion, the undersigned represents the following:

1. Ms. Sailer has been a member in good standing of the bar of Delaware since 1990.

2. There are no disciplinary proceedings against Ms. Sailer as a member of the bar in any jurisdiction.

3. Ms. Sailer has represented to the undersigned counsel that she is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

4. In further support of this motion, Ms. Sailer has submitted herewith her Certification for Admission Pro Hac Vice as required by Local Rule 83.5.3.

5. Counsel for Defendants have assented to the relief sought by this Motion.

March 22, 2005                                Respectfully submitted,

*[signature]*
David Pastor (BBO #391000)
GILMAN AND PASTOR, LLP
Stonehill Corporate Center
999 Broadway, Suite 500
Saugus, Massachusetts 01906
Telephone:   (781) 231-7850
Facsimile:    (781) 231-7840

*Plaintiff's Counsel*

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SUSAN KATZ, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>PRAECIS PHARMACEUTICALS INC., MALCOLM L. GEFTER, KEVIN F. MCLAUGHLIN, EDWARD C. ENGLISH, and WILLIAM K. HEIDEN,<br><br>Defendants. | No. 1:04-cv-12581-GAO |

*[Captions Continue on Following Page]*

**CERTIFICATION FOR ADMISSION PRO HAC VICE
PURSUANT TO LOCAL RULE 83.5.3 OF THE
UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| MAYER SCHWARTZ, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>PRAECIS PHARMACEUTICALS INC., MALCOLM L. GEFTER, KEVIN F. MCLAUGHLIN, EDWARD C. ENGLISH, and WILLIAM K. HEIDEN,<br><br>Defendants. | No. 1:04-cv-12704-REK |
| RICHARD BASSIN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>PRAECIS PHARMACEUTICALS INC., MALCOLM L. GEFTER, KEVIN F. MCLAUGHLIN, EDWARD C. ENGLISH, and WILLIAM K. HEIDEN,<br><br>Defendants. | No. 1:05-cv-10134-GAO |

Pursuant to Local Rule 83.5.3, of the United States District Court for the District of Massachusetts, I, Jacqueline Sailer, hereby certify that:

1. I am a partner in the law firm of Murray, Frank & Sailer LLP, 275 Madison Avenue, Suite 801, New York, NY 10016. I was admitted to the bar of Delaware in 1990. I am also admitted to practice in the following jurisdictions:

    New York    1996

    U.S. District Court, District of Delaware    1991

    U.S. District Court, Southern District of New York    1996

2

      U.S. District Court, Eastern District of New York    1996

      U.S. District Court, District of Colorado    1997

      U.S. Court of Appeals, Second Circuit    1998

      U.S. Court of Appeals, Sixth Circuit    1997

2. I am in good standing in every jurisdiction where I have been admitted to practice.

3. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction where I am admitted to practice.

4. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Dated: March 17, 2005                          Respectfully submitted,

                                          MURRAY, FRANK & SAILER LLP

                                          By: _____
                                            Jacqueline Sailer
                                          275 Madison Avenue, Suite 801
                                          New York, New York 10016
                                          Telephone:   (212) 682-1818
                                          Facsimile:   (212) 682-1892