UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____
In RE: PRAECIS PHARMACEUTICALS,   )
INC. SECURITIES LITIGATION        ) Civil Action No. 04-12581-GAO
_____)
```

**NOTICE OF CHANGE OF ADDRESS**

Please take notice of a change of address for Gilman and Pastor, LLP, counsel for the plaintiffs in this action. The new address is the following:

>   GILMAN AND PASTOR, LLP
>   60 State Street, 37th Floor
>   Boston, MA 02109
>   Telephone: (617) 742-9700
>   Facsimile: (617) 742-9701

Dated: May 25, 2005

>   Respectfully submitted,
>
>   /s/ David Pastor
>   David Pastor (BBO # 391000)
>   GILMAN AND PASTOR, LLP
>   60 State Street, 37th Floor
>   Boston, MA 02109
>   Telephone: (617) 742-9700
>   Facsimile: (617) 742-9701
>
>   **Attorney for Plaintiffs**

00004856.WPD ; 1