UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re: PRAECIS PHARMACEUTICALS, INC. SECURITIES LITIGATION | Civil Action No. 04-12581-GAO |

**[PROPOSED] ORDER DENYING DEFENDANTS' MOTION TO DISMISS OR, ALTERNATIVELY, TO REQUIRE PLAINTIFFS TO FILE THEIR AMENDED CONSOLIDATED COMPLAINT FORTHWITH
AND SETTING TIME TO FILE
LEAD PLAINTIFFS'
FIRST CONDOLIDATED AMENDED COMPLAINT**

GOOD CAUSE APPEARING, it is hereby ordered that:

1. Lead Plaintiffs shall file their First Amended Consolidated Complaint on or before July 27, 2005;

2. Defendants shall have forty (40) days to file an answer or otherwise respond to the First Amended Consolidated Complaint;

3. If Defendants file a motion to dismiss the First Amended Consolidated Complaint, Lead Plaintiffs shall have forty (40) days to file any opposition papers to Defendants motion(s) and Defendants shall have twenty (20) days to file any reply papers in support of their motion(s).

Dated: _____, 2005          _____
                                       Hon. George A. O'Toole, Jr.
                                       United States District Judge.

00005206.WPD ; 1