July 26, 2005

Hon. George A. O'Toole, Jr.
John Joseph Moakley
 United States Courthouse
1 Courthouse Way
Boston, MA 02210

        **_Re: In Re Praecis Pharmaceuticals,Inc. Securities Litigation; Civil Action No. 1:04 cv 12581 GAO_**

Dear Judge O'Toole:

     On June 27, 2005, Lead Plaintiffs, by their Counsel, submitted an opposition to Defendants' motion to dismiss or set a filing date for the amended class action complaint in the above-referenced action (the "Complaint").  In addition to opposing Defendants' motion, Lead Plaintiffs submitted, in the alternative, a scheduling order that, among other things, set forth a filing date of July 27, 2005 for the Complaint.  As of today, the order has not been entered.

     Although counsel for Lead Plaintiffs intended to file the Complaint on the date specified in the proposed order, Lead Plaintiffs now find that they need an additional three business days to finalize the Complaint.  As such, Lead Plaintiffs submit herewith a modified proposed order setting the filing date for the Complaint as August 1, 2005.

                                                 Respectfully submitted,


                                                /s/ David Pastor


DP/jh