UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

In Re: PRAECIS PHARMACEUTICALS,
INC. SECURITIES LITIGATION

Civil Action No. 04-12581-GAO

**MODIFIED [PROPOSED] ORDER DENYING DEFENDANTS' MOTION TO DISMISS
OR, ALTERNATIVELY, TO REQUIRE PLAINTIFFS TO FILE THEIR AMENDED
CONSOLIDATED COMPLAINT FORTHWITH AND SETTING TIME TO FILE
LEAD PLAINTIFFS' FIRST CONSOLIDATED AMENDED COMPLAINT**

GOOD CAUSE APPEARING, it is hereby ordered that:

1. Lead Plaintiffs shall file their First Amended Consolidated Complaint on or before

August 1, 2005;

2. Defendants shall have forty (40) days to file an answer or otherwise respond to the

First Amended Consolidated Complaint;

3. If Defendants file a motion to dismiss the First Amended Consolidated Complaint,

Lead Plaintiffs shall have forty (40) days to file any opposition papers to Defendants motion(s)

and Defendants shall have twenty (20) days to file any reply papers in support of their motion(s).

Dated: _____, 2005          _____
                                        Hon. George A. O'Toole, Jr.
                                        United States District Judge.

00005665.WPD ; 1