UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------ x
IN RE PRAECIS PHARMACEUTICALS, INC.   :   Civil Action
SECURITIES LITIGATION   :   No. 04-12581-GAO
------------------------------------ x

### DEFENDANTS' OPPOSITION TO PLAINTIFFS' REQUEST FOR A FURTHER EXTENSION OF TIME TO FILE THEIR AMENDED CONSOLIDATED COMPLAINT

Defendants oppose plaintiffs' request for a still further extension of time for the same reasons set forth in their Motion To Dismiss, Or Alternatively, To Require Plaintiffs To File Their Amended Consolidated Complaint Forthwith (docket #14) and request that the Court require plaintiffs to file their complaint forthwith.

Dated: July 27, 2005
      Boston, Massachusetts

Respectfully submitted,

/s/ James R. Carroll
James R. Carroll (BBO #554426)
Matthew J. Matule (BBO #632075)
Michael S. Hines (BBO #653943)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
One Beacon Street
Boston, Massachusetts 02108
(617) 573-4800

Counsel for
PRAECIS PHARMACEUTICALS
INCORPORATED, Malcolm Gefter,
Kevin McLaughlin, Edward English
and William K. Heiden