UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------- x
IN RE PRAECIS PHARMACEUTICALS, INC.    :   Civil Action
SECURITIES LITIGATION                  :   No. 04-12581-GAO
------------------------------------- x

**STIPULATION AND ORDER REGARDING**
**BRIEFING SCHEDULE FOR DISPOSITIVE MOTIONS**

Plaintiffs Kellie Seringer, the City of Dearborn Heights Police and Fire Retirement System, George Ladikos and Edward G. Bourne (collectively, "Plaintiffs"), by their undersigned counsel, and defendants Praecis Pharmaceuticals Incorporated, Malcolm Gefter, Kevin McLaughlin, Edward English and William K. Heiden (collectively, "Defendants"), by their undersigned counsel, jointly move for the entry of an Order for a briefing schedule in connection with Defendants' motion to dismiss the consolidated amended complaint. As grounds for this motion, the parties jointly state as follows:

WHEREAS, on August 1, 2005, Plaintiffs filed a consolidated amended complaint (docket #20); and

WHEREAS, Defendants intend to file a motion to dismiss the consolidated amended complaint; and

WHEREAS, the parties agree that the following briefing schedule with respect to Defendants' motion to dismiss is reasonable and appropriate under the circumstances.

NOW THEREFORE, the parties jointly request that the Court, for good cause shown, enter the following proposed order:

IT IS HEREBY ORDERED, that:

1.   Defendants' motion to dismiss the consolidated amended complaint shall be filed on or before September 12, 2005; and

      2.      Memoranda of law in opposition to Defendants' motion to dismiss shall be filed on or before October 24, 2005; and

      3.      Reply papers, if any, shall be filed on or before November 14, 2005.

Dated: August 5, 2005                                    Respectfully submitted,
      Boston, Massachusetts

| | |
|---|---|
| /s/ David Pastor | /s/ James R. Carroll |
| David Pastor (BBO #391000) | James R. Carroll (BBO #554426) |
| GILMAN AND PASTOR, LLP | Matthew J. Matule (BBO #632075) |
| 60 State Street, 37th Floor | Michael S. Hines (BBO #653943) |
| Boston, Massachusetts | SKADDEN, ARPS, SLATE, |
| (617) 742-9700 |    MEAGHER & FLOM LLP |
| | One Beacon Street |
| Of Counsel: | Boston, Massachusetts 02108 |
| | (617) 573-4800 |
| Jacqueline Sailer | |
| Lawrence D. McCabe | Counsel for |
| MURRAY, FRANK & SAILER LLP | PRAECIS PHARMACEUTICALS |
| 275 Madison Avenue, Suite 801 | INCORPORATED, Malcolm Gefter, |
| New York, New York 10016 | Kevin McLaughlin, Edward English |
| (212) 682-1818 | and William K. Heiden |
| | |
| Peter Binkow | |
| GLANCY, BINKOW & GOLDBERG LLP | |
| 1801 Avenue of the Stars, Suite 311 | |
| Los Angeles, California 90067 | |
| (310) 201-9150 | |

Counsel for
Plaintiffs

SO ORDERED:


Dated: _____        _____
                                                                  George A. O'Toole
                                                                  United States District Judge