UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
IN RE PRAECIS PHARMACEUTICALS, INC.  :  Civil Action
SECURITIES LITIGATION                :  No. 04-12581-GAO
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**DEFENDANTS' ASSENTED-TO MOTION FOR LEAVE
TO FILE MEMORANDUM IN EXCESS OF TWENTY PAGES**

Defendants hereby move this Court for an Order, pursuant to Local Rule 7.1(B)(4), for leave to file a memorandum of law in support of Defendants' motion to dismiss up to 15 pages in excess of the 20-page limitation. Plaintiffs' counsel assents to the relief sought by this motion.

As further grounds for this motion, Defendants state as follows:

1. A memorandum in excess of 20 pages is necessary to address the 159-paragraph Consolidated Amended Complaint, which purports to assert claims pursuant to Sections 10 and 20(a) of the Securities Exchange Act of 1934 (15 U.S.C. §§ 78a et seq), and challenges 18 statements made over a 14-month purported class period.

2. Defendants will not unduly burden the Court. In order to assist the Court in its consideration of Defendants' motion to dismiss, Defendants believe that careful and considered analysis helpful to the Court's determination should not be sacrificed.

3. Defendants will be prejudiced if they are not permitted to file a memorandum in excess of 20 pages, in that they will be forced to forego certain arguments or depth of analysis of case law, all of which are necessary for the full and fair consideration by the Court of the motion to dismiss.

WHEREFORE, Defendants respectfully move this Court to grant the foregoing Assented-To Motion and permit the filing of an opening brief in support of their motion to dismiss that will not exceed 35 pages.

### LOCAL RULE 7.1 CERTIFICATION

I, James R. Carroll, hereby certify that I conferred with counsel for plaintiffs on September 2, 2005 and plaintiffs' counsel assented to the relief sought by this motion.

Dated: September 9, 2005

/s/ James R. Carroll
James R. Carroll

Dated: September 9, 2005
    Boston, Massachusetts

Respectfully submitted,

/s/ James R. Carroll
James R. Carroll (BBO #554426)
Matthew J. Matule (BBO #632075)
Michael S. Hines (BBO #653943)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
One Beacon Street
Boston, Massachusetts 02108
(617) 573-4800

Counsel for Defendants
PRAECIS PHARMACEUTICALS
INCORPORATED, Malcolm Gefter,
Kevin McLaughlin, Edward English
and William K. Heiden