UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
------------------------------------ x
IN RE PRAECIS PHARMACEUTICALS, INC.  :  Civil Action
SECURITIES LITIGATION                :  No. 04-12581-GAO
------------------------------------ x
```

**DEFENDANTS' ASSENTED-TO MOTION
TO RESCHEDULE STATUS CONFERENCE**

Defendants, with the assent of all parties, hereby move this Court to reschedule the Initial Scheduling Conference currently scheduled for September 14, 2005 at 2:00 p.m. to either September 27, 2005 or September 29, 2005, or to a subsequent date suitable to the Court's calendar.

As further grounds for this motion, Defendants state as follows:

1. Defendants' counsel has an out-of-state conflict on the current date of the Scheduling Conference.

2. Defendants' counsel has consulted with plaintiffs' counsel, who assent to the relief sought by this motion. Counsel have conferred and agreed upon the proposed September 27, 2005 or September 29, 2005 dates for rescheduling, or to a subsequent date if necessary.

3. Further, the parties are currently briefing Defendants' motion to dismiss on the stipulated schedule previously submitted to the Court (see Docket No. 21). Defendants' motion to dismiss is due to be filed on September 12, 2005, with opposition and reply briefing not due to conclude until November 14, 2005. Pursuant to 15 U.S.C. § 78u-4(b)(3)(B), discovery is automatically stayed pending resolution of Defendants' motion to dismiss. Accordingly, no party will be prejudiced by the granting of this motion.

WHEREFORE, Defendants respectfully move this Court to grant the foregoing <u>Assented-To</u> Motion and reschedule the Scheduling Conference to either September 27, 2005 or September 29, 2005, or to a subsequent date suitable to the Court's calendar.

## **LOCAL RULE 7.1 CERTIFICATION**

I, Matthew J. Matule, hereby certify that I conferred with counsel for plaintiffs on September 9, 2005 and plaintiffs' counsel assented to the relief sought by this motion.

Dated: September 9, 2005

/s/ Matthew J. Matule
Matthew J. Matule

Dated: September 9, 2005
     Boston, Massachusetts

Respectfully submitted,

/s/ James R. Carroll
James R. Carroll (BBO #554426)
Matthew J. Matule (BBO #632075)
Michael S. Hines (BBO #653943)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
One Beacon Street
Boston, Massachusetts 02108
(617) 573-4800

Counsel for Defendants
PRAECIS PHARMACEUTICALS
INCORPORATED, Malcolm Gefter,
Kevin McLaughlin, Edward English
and William K. Heiden