UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------- x
IN RE PRAECIS PHARMACEUTICALS, INC.   :   Civil Action
SECURITIES LITIGATION                 :   No. 04-12581-GAO
------------------------------------- x   **ORAL ARGUMENT REQUESTED**

**DEFENDANTS' MOTION TO DISMISS
THE CONSOLIDATED AMENDED COMPLAINT**

Pursuant to Federal Rules of Civil Procedure 12(b)(6) and 9(b), and the Private Securities Litigation Reform Act of 1995, 15 U.S.C. §§ 78u-4, 78u-5 (1998), Defendants Praecis Pharmaceuticals Incorporated, Malcolm Gefter, Kevin McLaughlin, Edward English and William K. Heiden (collectively, "Defendants") hereby move this Court to dismiss the Consolidated Amended Complaint with prejudice. The grounds for this motion are set forth in Defendants' memorandum of law and related filings, which are submitted herewith.

**REQUEST FOR ORAL ARGUMENT**

Pursuant to Local Rule 7.1(D), Defendants respectfully request oral argument on this motion.

Dated: September 12, 2005
       Boston, Massachusetts

Respectfully submitted,

*James R. Carroll*
James R. Carroll (BBO #554426)
Matthew J. Matule (BBO #632075)
Michael S. Hines (BBO #653943)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
One Beacon Street
Boston, Massachusetts 02108
(617) 573-4800

Counsel for Defendants
PRAECIS PHARMACEUTICALS
INCORPORATED, Malcolm Gefter,
Kevin McLaughlin, Edward English
and William K. Heiden

### LOCAL RULE 7.1 CERTIFICATION

    I, Matthew J. Matule, hereby certify that I conferred with counsel for plaintiffs but could not obtain counsel's agreement to the specific relief sought by this motion.

Dated: September 12, 2005

*Matthew J. Matule*
Matthew J. Matule

### CERTIFICATE OF SERVICE

    I, Michael S. Hines, hereby certify that on September 12, 2005, I caused a true copy of the foregoing Defendants' Motion To Dismiss The Consolidated Amended Complaint to be served by hand upon counsel for plaintiffs, David Pastor, Esq., Gilman and Pastor, LLP, 60 State Street, 37th Floor, Boston, Massachusetts, 02109; and by overnight mail, postage prepaid, upon Jacqueline Sailer, Esq. and Lawrence D. McCabe, Esq., Murray, Frank & Sailer LLP, 275 Madison Avenue, Suite 801, New York, New York 10016 and Peter Binkow, Esq., 1801 Avenue of the Stars, Suite 311, Los Angeles, California 90067.

Dated: September 12, 2005

*Michael S. Hines*
Michael S. Hines