UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------- x
IN RE PRAECIS PHARMACEUTICALS, INC.  :   Civil Action
SECURITIES LITIGATION                :   No. 04-12581-GAO
------------------------------------- x

**APPENDIX OF PUBLIC RECORDS CITED AS EXHIBITS
TO MEMORANDUM OF LAW IN SUPPORT OF DEFENDANTS'
MOTION TO DISMISS THE CONSOLIDATED AMENDED COMPLAINT**

James R. Carroll
Matthew J. Matule
Michael S. Hines
SKADDEN, ARPS, SLATE,
 MEAGHER & FLOM LLP
One Beacon Street
Boston, Massachusetts 02108
(617) 573-4800

Counsel for Defendants PRAECIS
PHARMACEUTICALS INCORPORATED,
Malcolm Gefter, Kevin McLaughlin,
Edward English and William K. Heiden

Dated: September 12, 2005

| **DOCUMENT** | **EXHIBIT** |
|---|---|
| PRAECIS Press Release (11/25/03) | 1 |
| PRAECIS Teleconference Transcript (11/26/03) | 2 |
| CNBC Interview Transcript (11/26/03) | 3 |
| PRAECIS Press Release (1/30/04) | 4 |
| PRAECIS Press Release (3/31/04) | 5 |
| PRAECIS Press Release (4/30/04) | 6 |
| PRAECIS Form 10-Q (For Quarterly Period Ended 3/31/04) | 7 |
| PRAECIS Press Release (5/24/04) | 8 |
| PRAECIS Press Release (7/30/04) | 9 |
| PRAECIS Form 10-Q (For Quarterly Period Ended 6/30/04) | 10 |
| PRAECIS Press Release (10/29/04) | 11 |
| PRAECIS Form 10-Q (For Quarterly Period Ended 9/30/03) | 12 |
| PRAECIS Form 10-K (For Fiscal Year Ended 12/31/03) | 13 |
| PRAECIS Press Release (12/6/04) | 14 |
| SEC Form 4 Of Malcolm L. Gefter (12/3/03) | 15 |
| SEC Form 4 Of Malcolm L. Gefter (2/5/04) | 16 |
| PRAECIS Form 10-Q (For Quarterly Period Ended 9/30/04) | 17 |

Dated: September 12, 2005
      Boston, Massachusetts

Respectfully submitted,

*/s/ James R. Carroll*
James R. Carroll (BBO #554426)
Matthew J. Matule (BBO #632075)
Michael S. Hines (BBO #653943)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
One Beacon Street
Boston, Massachusetts 02108
(617) 573-4800

Counsel for Defendants
PRAECIS PHARMACEUTICALS
INCORPORATED, Malcolm Gefter,
Kevin McLaughlin, Edward English
and William K. Heiden

## CERTIFICATE OF SERVICE

I, Michael S. Hines, hereby certify that on September 12, 2005, I caused a true copy of the foregoing Appendix Of Public Records Cited As Exhibits To Memorandum Of Law In Support Of Defendants' Motion To Dismiss The Consolidated Amended Complaint to be served by hand upon counsel for plaintiffs, David Pastor, Esq., Gilman and Pastor, LLP, 60 State Street, 37th Floor, Boston, Massachusetts, 02109; and by overnight mail, postage prepaid, upon Jacqueline Salier, Esq. and Lawrence D. McCabe, Esq., Murray, Frank & Sailer LLP, 275 Madison Avenue, Suite 801, New York, New York 10016 and Peter Binkow, Esq., 1801 Avenue of the Stars, Suite 311, Los Angeles, California 90067.

Dated: September 12, 2005

*/s/ Michael S. Hines*
Michael S. Hines

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CLERK'S NOTICE

This document can not be scanned due to its size, or the way in which it was bound.

The original is available for viewing in the Clerk's Office.