UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
IN RE PRAECIS PHARMACEUTICALS, INC.    :   Civil Action
SECURITIES LITIGATION                  :   No. 04-12581-GAO
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
```

## **DEFENDANTS' LOCAL RULE 16.1(D)(3) CERTIFICATION**

Pursuant to Local Rule 16.1(D)(3), the undersigned counsel and duly authorized representative of Praecis Pharmaceuticals Incorporated and all individually named defendants, have conferred:

    (a)    with a view to establishing a budget for the costs of conducting the full course -- and various alternative courses -- of the litigation; and

    (b)    to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Dated:  September 16, 2005                  Respectfully submitted,

/s/ Mary Beth DeLena
Mary Beth DeLena
Vice President, Legal
Praecis Pharmaceuticals Incorporated
830 Winter Street
Waltham, Massachusetts 02451

/s/ James R. Carroll
James R. Carroll (BBO #554426)
Matthew J. Matule (BBO #632075)
Michael S. Hines (BBO #653943)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
One Beacon Street
Boston, Massachusetts 02108
(617) 573-4800

Counsel for Defendants
PRAECIS PHARMACEUTICALS
INCORPORATED, Malcolm Gefter,
Kevin McLaughlin, Edward English
and William K. Heiden