UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------- x
IN RE PRAECIS PHARMACEUTICALS, INC.    :   Civil Action
SECURITIES LITIGATION                  :   No. 04-12581-GAO
------------------------------------- x

## STIPULATION AND ORDER REGARDING
## BRIEFING SCHEDULE FOR DISPOSITIVE MOTIONS

Plaintiffs Kellie Seringer, the City of Dearborn Heights Police and Fire Retirement System, George Ladikos and Edward G. Bourne (collectively, "Plaintiffs"), by their undersigned counsel, and defendants Praecis Pharmaceuticals Incorporated, Malcolm Gefter, Kevin McLaughlin, Edward English and William K. Heiden (collectively, "Defendants"), by their undersigned counsel, jointly move for the entry of an Order for a briefing schedule in connection with Defendants' motion to dismiss the consolidated amended complaint. As grounds for this motion, the parties jointly state as follows:

WHEREAS, on August 1, 2005, Plaintiffs filed a consolidated amended complaint (docket #20); and

WHEREAS, Defendants intend to file a motion to dismiss the consolidated amended complaint; and

WHEREAS, the parties agree that the following briefing schedule with respect to Defendants' motion to dismiss is reasonable and appropriate under the circumstances.

NOW THEREFORE, the parties jointly request that the Court, for good cause shown, enter the following proposed order:

IT IS HEREBY ORDERED, that:

1. Defendants' motion to dismiss the consolidated amended complaint shall be filed on or before September 12, 2005; and

2. Memoranda of law in opposition to Defendants' motion to dismiss shall be fi e on or before October 24, 2005; and

3. Reply papers, if any, shall be filed on or before November 14, 2005.

Dated: August 5, 2005
Boston, Massachusetts

Respectfully submitted,

/s/ David Pastor
David Pastor (BBO #391000)
GILMAN AND PASTOR, LLP
60 State Street, 37th Floor
Boston, Massachusetts
(617) 742-9700

Of Counsel:

Jacqueline Sailer
Lawrence D. McCabe
MURRAY, FRANK & SAILER LLP
275 Madison Avenue, Suite 801
New York, New York 10016
(212) 682-1818

Peter Binkow
GLANCY, BINKOW & GOLDBERG LLP
1801 Avenue of the Stars, Suite 311
Los Angeles, California 90067
(310) 201-9150

Counsel for
Plaintiffs

/s/ James R. Carroll
James R. Carroll (BBO #554426)
Matthew J. Matule (BBO #632075)
Michael S. Hines (BBO #653943)
SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP
One Beacon Street
Boston, Massachusetts 02108
(617) 573-4800

Counsel for
PRAECIS PHARMACEUTICALS
INCORPORATED, Malcolm Gefter,
Kevin McLaughlin, Edward English
and William K. Heiden

SO ORDERED:

Dated: October 6, 2005

George A. O'Toole
United States District Judge

2