FILED
UNITED STATES DISTRICT COURT'S OFFICE
DISTRICT OF MASSACHUSETTS

2005 OCT -5 P 3: 04

U.S. DISTRICT COURT
DISTRICT OF MASS.

IN RE PRAECIS PHARMACEUTICALS, INC. )
SECURITIES )
) MASTER FILE: 04-12581 GAO
)

**ASSENTED TO MOTION TO ADMIT COUNSEL PRO HAC VICE**
(Lawrence D. McCabe)

Pursuant to Local Rule 83.5.3, the undersigned counsel, David Pastor, hereby moves the Court to enter an Order granting leave to Lawrence D. McCabe of the law firm of Murray, Frank & Sailer, LLP to appear on behalf of the plaintiff and practice before this Court in the above-entitled civil action.

As grounds for this motion, the undersigned represents the following:

1. Mr. McCabe has been a member in good standing of the bar of New York since 1995.

2. There are no disciplinary proceedings against Mr. McCabe as a member of the bar in any jurisdiction.

3. Mr. McCabe has represented to the undersigned counsel that he is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

4. In further support of this motion, Mr. McCabe has submitted herewith his Certification for Admission Pro Hac Vice as required by Local Rule 83.5.3.

00006284.WPD ; 1

FILING FEE PAID:
RECEIPT #
AMOUNT $
BY DPTY CLK
DATE 10/5/05

CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)

Undersigned counsel has conferred with counsel for the defendants who have indicated that the defendants assent to the relief sought by this Motion.

Dated: ~~September~~ October 5, 2005

Respectfully submitted,

*[signature: David Pastor]*

David Pastor (BBO # 391000)
GILMAN AND PASTOR, LLP
60 State Street
37th Floor
Boston, MA 02109
Tel.: (617) 742-9700

*Plaintiff's Counsel*

**CERTIFICATE OF SERVICE**

I Hereby Certify That A True Copy of The Above Document Was Served Upon The Attorney Of Record For Each Other Party By Mail ~~(By Hand)~~ On 10/5/05

*[signature: David Pastor]*

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 OCT -5 P 3: 04

U.S. DISTRICT COURT
DISTRICT OF MASS.

IN RE PRAECIS PHARMACEUTICALS, INC. )
SECURITIES )
) MASTER FILE: 04-12581 GAO
)

**CERTIFICATION OF LAWRENCE D. MCCABE FOR ADMISSION PRO HAC VICE
PURSUANT TO LOCAL RULE 83.5.3 OF THE
UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS**

Pursuant to Local Rule 83.5.3, of the United States District Court for the District of Massachusetts, I, Lawrence McCabe, hereby certify that:

1. I am an associate in the law firm of Murray, Frank & Sailer, LLP, 275 Madison Avenue, Suite 801, New York, NY 10016. I was admitted to the bar of New York in 1995. I am also a member of the bar in the following jurisdictions:

   U.S. District Court for the Southern District of New York (1995); and

   U.S. District Court for the Eastern District of New York (2001).

2. I am in good standing in every jurisdiction where I have been admitted to practice.

3. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction where I am admitted to practice.

4. I am familiar with the local Rules of the United States District Court for the District of Massachusetts.

Dated: October 4, 2005

Respectfully submitted,

*[signature]*

Lawrence D. McCabe
MURRAY, FRANK & SAILER, LLP
275 Madison Avenue
Suite 801
New York, NY 10016
Tel: 212-682-1818