UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE PRAECIS PHARMACEUTICALS, INC. SECURITIES | ) ) ) ) MASTER FILE: 04-12581 GAO |

**PLAINTIFFS' ASSENTED-TO MOTION FOR LEAVE TO EXCEED PAGE LIMITATION**

Lead Plaintiffs, by and through their undersigned counsel of record, hereby move for leave of Court, pursuant to Local Rule 7.1(B)(4), to file a memorandum in excess of the twenty (20) page limit (but not to exceed 35 pages) in opposition to the Defendants' Motion to Dismiss. In support of this Motion, the Plaintiffs would respectfully show the following:

The Defendants have submitted their Motion to Dismiss, together with a 35-page memorandum. In order to fully respond to the points and arguments raised in the Defendants' Motion to Dismiss and supporting materials, it is necessary for the Plaintiffs to exceed the page limitation in their opposition memorandum. The Defendants have assented to the relief sought by this Motion.

WHEREFORE, the Plaintiffs respectfully request that they be granted leave of Court to submit a memorandum in opposition to the Defendants' motion to dismiss in excess of twenty (20) pages, but not to exceed thirty-five (35) pages..

CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)

Undersigned counsel certify that they have conferred with counsel for the Defendants, and that Defendants' counsel have assented to the relief sought by this Motion.

Dated: October 21, 2005                    Respectfully submitted,


      /s/ David Pastor
David Pastor (BBO # 391000)
**GILMAN AND PASTOR, LLP**
60 State Street, 37th Floor
Boston, MA 02109
Telephone: (617) 742-9700
Facsimile: (617) 742-9701

**Of Counsel:**

Jacqueline Sailer
**MURRAY, FRANK & SAILER LLP**
275 Madison Avenue, Suite 801
New York, New York 10016
Telephone: (212) 682-1818
Facsimile: (212) 682-1892

Peter Binkow
**GLANCY, BINKOW & GOLDBERG LLP**
1801 Avenue of the Stars, Suite 311
Los Angeles, CA 90067
Phone: (310) 201-9150
Fax: (310) 201-9160

**Counsel for Lead Plaintiffs**