UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERK'S OFFICE

2006 JAN 17 P 1:38

U.S. DISTRICT COURT
DISTRICT OF MASS.

IN RE PRAECIS PHARMACEUTICALS, INC. )
SECURITIES )   MASTER FILE: 04-12581 GAO
)

### ASSENTED TO MOTION TO ADMIT COUNSEL PRO HAC VICE
(Marc L. Godino)

Pursuant to Local Rule 83.5.3, the undersigned counsel, David Pastor, hereby moves the Court to enter an Order granting leave to Marc L. Godino of the law firm of Glancy, Binkow & Goldberg, LLP, to appear on behalf of the plaintiffs and practice before this Court in the above-entitled civil action.

As grounds for this motion, the undersigned represents the following:

1. Mr. Godino has been a member in good standing of the bar of California since 1996.

2. There are no disciplinary proceedings against Mr. Godino as a member of the bar in any jurisdiction.

3. Mr. Godino has represented to the undersigned counsel that he is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

4. In further support of this motion, Mr. Godino has submitted herewith his Certification for Admission Pro Hac Vice as required by Local Rule 83.5.3.

FILING FEE PAID:
RECEIPT # 69646
AMOUNT $ 50.00
BY DPTY CLK ___
DATE 1/18/06

00007395.WPD ; 1

CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)

Undersigned counsel has conferred with counsel for the defendants who have indicated that the defendants assent to the relief sought by this Motion.

Dated: January 17, 2006

Respectfully submitted,

*David Pastor* (BBO # 391000)
GILMAN AND PASTOR, LLP
60 State Street
37th Floor
Boston, MA 02109
Tel.: (617) 742-9700

*Plaintiff's Counsel*

**CERTIFICATE OF SERVICE**
I Hereby Certify That A True Copy of The Above Document Was Served Upon The Attorney Of Record For Each Other Party By Mail (By Hand) On 1/17/06

00007395.WPD ; 1

2

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PRAECIS PHARMACEUTICALS, INC. SECURITIES | ) ) ) ) ) MASTER FILE: 04-12581 GAO |

**CERTIFICATION OF MARC L. GODINO FOR ADMISSION PRO HAC VICE
PURSUANT TO LOCAL RULE 83.5.3 OF THE
UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS**

Pursuant to Local Rule 83.5.3, of the United States District Court for the District of Massachusetts, I, Marc L. Godino, hereby certify that:

1. I am an associate in the law firm of Glancy, Binkow & Goldberg, LLP, 1801 Avenue of the Stars, Suite 311, Los Angeles, CA 90067. I was admitted to the bar of California in 1996. I am also a member of the bar in the following jurisdictions:

    U.S. District Court for the Southern District of California;

    U.S. District Court for the Central District of California;

    U.S. District Court for the Northern District of California;

    U.S. District Court for the District of Colorado; and

    U.S. Court of Appeals for the Ninth Circuit.

2. I am in good standing in every jurisdiction where I have been admitted to practice.

3. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction where I am admitted to practice.

00007396.WPD ; 1

4.  I am familiar with the local Rules of the United States District Court for the District of Massachusetts.

Dated: January 17, 2006

Respectfully submitted,

_____
Marc L. Godino
Glancy, Binkow & Goldberg, LLP
1801 Avenue of the Stars, Suite 311
Los Angeles, CA 90067
Tel: 310-201-9150

**CERTIFICATE OF SERVICE**
I Hereby Certify That A True Copy of The Above Document Was Served Upon The Attorney Of Record For Each Other Party By Mail (By Hand) On 1/17/06