UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
In RE: PRAECIS PHARMACEUTICALS,   )
INC. SECURITIES LITIGATION            ) Civil Action No. 04-12581-GAO
_____)

NOTICE OF CHANGE OF ADDRESS

Please take notice of a change of address for Gilman and Pastor, LLP, counsel for the plaintiffs in this action. The new address is the following:

> GILMAN AND PASTOR, LLP
> 225 Franklin Street, 16th Floor
> Boston, MA 02110
> Telephone: (617) 742-9700
> Facsimile: (617) 742-9701

Dated: July 28, 2006                                    Respectfully submitted,

/s/ David Pastor_____
David Pastor (BBO # 391000)
GILMAN AND PASTOR, LLP
225 Franklin Street, 16th Floor
Boston, MA 02110
Telephone: (617) 742-9700
Facsimile: (617) 742-9701

**Attorney for Plaintiffs**

00004856.WPD ; 2