UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PRAECIS PHARMACEUTICALS, INC. SECURITIES LITIGATION | Civil Action No. 04-12581 GAO |

LEAD PLAINTIFFS' ASSENTED TO MOTION FOR LEAVE
TO SUBMIT SUPPLEMENTAL AUTHORITY

Pursuant to Local Rule 7.1 (B)(3), Lead Plaintiffs, Kellie Seringer, the City of Dearborn Heights Police and Fire Retirement System, George Ladikos and Edward G. Bourne, respectfully move for leave to submit as supplemental authority in opposition to defendants' Motion to Dismiss, three recent decisions on motions to dismiss from similar cases: *In re StockerYale Sec. Litig*, ___ F. Supp. 2d ___, 2006 WL 2772581 (D.N.H. Sept. 27, 2006) (copy submitted herewith as Exhibit A); *Alvarado v. Morgan Stanley Dean Witter, Inc.*, ____ F. Supp. 2d ____, 2006 WL 2587496 (D. P.R. Aug. 30, 2006) (copy submitted herewith as Exhibit B); and *Rosenbaum Capital LLC v. Boston Communications Group, Inc.*, 445 F. Supp. 2d 170 (D. Mass. Aug. 20, 2006) (copy submitted herewith as Exhibit C).

Lead Plaintiffs submit *StockerYale*, to support two of their arguments:

(i) a forward looking statement (or any statement of opinion) made without a reasonable basis in fact, is actionable, and that reckless disregard of the truth in connection with the statement is sufficient (*id*,. at *11); and

(ii) contrary to defendants' assertion, Lead Plaintiffs are not required to plead culpable conduct or scienter in connection with a claim under section 20(a) of the Securities and Exchange Act of 1934 (the "1934 Act"). *Id.*, at *15.

Similarly, Lead Plaintiffs submit *Alvarado* to show that "Section 20(a) does not obligate

plaintiffs to plead or prove scienter." *Id.* at *5.

Lead Plaintiff submits *Rosenbaum Capital* for the following propositions:

(i) "'[I]f a plaintiff adequately pleads that a statement of opinion was subjectively false when made, the complaint will, *ex proprio vigure*, satisfy the pleading requirements of the PSLRA relative to scienter.'" 445 F. Supp. 2d at 175 (quoting *In re Credit Suisse First Boston Corp.*, 431 F.3d 36, 48 (1st Cir. 2005)); and (ii) that statements which are neither vague nor unclear, are not puffery. *Id.*, at 176.

WHEREFORE, plaintiffs respectfully request that the Court consider these decisions as supplemental authority, and deny defendants' Motion to Dismiss the Complaint.

CERTIFICATION PURSUANT TO LOCAL RULE 7.1 (A)(2)

Undersigned counsel have conferred with defendants' counsel in a good faith attempt to resolve or narrow the issues raised by this Motion, with the following result: defendants assent to the relief sought by this Motion.

Dated:  November 3, 2006                    Respectfully submitted,

                                            **GILMAN AND PASTOR, LLP**

                                             /s/ David Pastor
                                            David Pastor
                                            John C. Martland
                                            225 Franklin Street, 16th Floor
                                            Boston, MA 02110
                                            Telephone:    (617) 742-9700
                                            Facsimile:    (617) 742-9701

                                            *Liaison Counsel for Plaintiffs*


                                            **MURRAY, FRANK & SAILER LLP**
                                            Lawrence D. McCabe
                                            275 Madison Avenue, Suite 801
                                            New York, New York 10016
                                            Telephone:    (212) 682-1818
                                            Facsimile:    (212) 682-1892

        **GLANCY, BINKOW & GOLDBERG LLP**
        Lionel Z. Glancy
        Michael Goldberg
        Peter A. Binkow
        1801 Avenue of the Stars, Suite 311
        Los Angeles, CA 90067
        Phone: (310) 201-9150
        Fax: (310) 201-9160

        *Co-Lead Counsel for the Plaintiffs*

<u>Certificate of Service</u>

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on November 3, 2006.

        <u>/s/ David Pastor</u>