UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IN RE: PRAECIS PHARMACEUTICALS, INC, SECURITIES LITIGATION

CIVIL ACTION NO. 04-12581-GAO

**JUDGMENT IN A CIVIL CASE**

O'TOOLE, D.J.

☐ **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Pursuant to the court's Memorandum and Order, dated 3/28/07, the motion to dismiss the consolidated amended complaint (Dkt. No. 26) filed by Praecis Pharmaceuticals and the Individual Defendants is GRANTED and the complaint is accordingly DISMISSED.

SARAH A. THORNTON,
CLERK OF COURT

Dated: 3/28/07

By Paul S. Lyness
    Deputy Clerk

(JudgementCivil.wpd - 3/7/2005)